## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| ALPHONSO TONEY, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 05-4369-CV-C-SOW |
| | ) |
| KITTY ZEUGIN, Chief Reimbursement Officer, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On February 21, 2007, the United States Magistrate Judge recommended that the parties' motions for summary judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 1, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 21, 2007, is adopted. [24] It is further

ORDERED that the parties' motions for summary judgment are denied, without prejudice. [15, 20]

/s/ Scott O. Wright

SCOTT O. WRIGHT
Senior United States District Judge

Dated: __3/21/2007__
Kansas City, Missouri