# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Alphonso Toney, Jr.

    v.      Case Number - 05-4369-CV-C-SOW

Kitty Zeugin, et al.

\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    -     by order of December 17, 2007, that defendant's second motion for summary judgment is granted, and plaintiff's claims are dismissed.

ENTERED ON: December 18, 2007

December 18, 2007  
Date

Patricia L. Brune  
Clerk

/s/ J Russel  
J Russel  
(By) Deputy Clerk